The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| REX G. ALLEN,<br><br>    Plaintiff,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation,<br><br>    Defendant. | Case No. 2:16-cv-00977-RSL<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO HOLD SETTLEMENT CONFERENCE** |

The court has considered Defendant's Unopposed Motion for Extension of Deadline to Hold Settlement Conference, and the supporting declaration of Shane P. Swilley. For good cause shown,

IT IS ORDERED:

1. Defendant's motion is GRANTED;

/ / /

/ / /

/ / /

/ / /

/ / /

Page 1 - **ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO HOLD SETTLEMENT CONFERENCE**

COSGRAVE VERGEER KESTER LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, OR 97204
(503) 323-9000

Allen v. UP - Proposed Order

2. The deadline for the parties to conduct a settlement conference is extended up to and including August 18, 2017.

DATED this 20th day of June, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

Shane P. Swilley, WSBA No. 51962
COSGRAVE VERGEER KESTER LLP
888 SW Fifth Avenue, Fifth Floor
Portland, OR 97205
Telephone: (503) 323-9000
Facsimile: (503) 323-9019
swilley@cosgravelaw.com
Of Attorneys for Defendant

Page 2 - **ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO HOLD SETTLEMENT CONFERENCE**

COSGRAVE VERGEER KESTER LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, OR 97204
(503) 323-9000

Allen v. UP - Proposed Order

# CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2017, I electronically filed the foregoing **[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO HOLD SETTLEMENT CONFERENCE** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Mark C. Mostul
George A. Thornton
Thornton Mostul Herschensohn, PLLC
1000 Second Ave., Suite 3200
Seattle, WA 98104
Of Attorneys for Plaintiff

DATED: June 14, 2017

*s/Shane P. Swilley*
Shane P. Swilley
swilley@cosgravelaw.com
888 SW Fifth Avenue, Suite 500
Portland, OR 97204
Telephone: (503) 323-9000
Fax: (503) 323-9019
Of Attorneys for Defendant

Page 1 - **CERTIFICATE OF SERVICE**
Allen v. UP - Proposed Order

**Cosgrave Vergeer Kester LLP**
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, OR 97204
(503) 323-9000